UNITED STATES of America,
Plaintiff–Appellee,

v.

Theresa CREPEAU, a/k/a T. Crepeau,
Defendant–Appellant.

No. 01–7537.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 9, 2002.

Theresa Crepeau, Appellant Pro Se. Kevin Michael Comstock, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Theresa Crepeau appeals the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Crepeau,* Nos. CR–94–2; CA–01–68–4 (E.D.Va. July 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Dismissed by unpublished Per Curiam opinion.